UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OTIS HICKS,

            Plaintiff,

    v.

WEGMANS FOOD MARKET,

            Defendant.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 09-624
(JEI/AMD)

**ORDER DENYING PLAINTIFF'S
MOTION FOR ADVERSE INFERENCE
(Dkt. No. 17) and GRANTING
DEFENDANT'S MOTION TO SEAL
(Dkt. No. 28)**

**APPEARANCES:**

BEGELMAN, ORLOW & MELLETZ
By:  Jordan R. Irwin, Esq.
411 Route 70 East, Suite 245
Cherry Hill, New Jersey 08034
        Counsel for Plaintiff

PEPPER HAMILTON LLP
By:  Matthew V. DelDuca Esq.
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543
        Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon

Plaintiff's Motion for Adverse Inference Charge (Dkt. No. 17),

and Defendant's Motion to Seal (Dkt. No. 28), the Court having

considered the submissions of the parties, for the reasons set

forth in an Opinion issued by this Court on even date herewith,

and for good cause appearing;

**IT IS** on this  10 th day of February, 2011,

**ORDERED THAT:**

(1)   Plaintiff's Motion for Adverse Inference Charge is

hereby **DENIED.**

(2)   Defendant's Motion to Seal is hereby **GRANTED.**

 

 

 
                              s/Joseph E. Irenas
                              **JOSEPH E. IRENAS, S.U.S.D.J.**